UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LAKESHIA RASHAWN EDMOND,**

   Plaintiff,

v.                                       **No. 4:25-cv-1130-P**

**REVEREND JAMES MURRY, SR. ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 8. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The undersigned District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** all of Plaintiff's claims against Defendants are **DISIMISSED without prejudice.**

In addition, the Court **ORDERS** that Plaintiff Lakeshia Rashawn Edmond be ordered to pay an additional monetary sanction to the Court in the amount of **$250.00** in this case, which would increase the total amount of sanctions due to this Court from $1,000 to $1,250. In addition, the Court **ORDERS** that (1) Edmond's Complaint be **STRUCK** from the record and the case **CLOSED** due to Edmond's failure to seek permission to file it and for failing to pay the required sanctions and (2) the Clerk be **DIRECTED** to not accept for filing any additional civil actions from Edmond (whether filed in this Court originally or transferred to this Court) that are not accompanied by (1) a motion for

leave seeking permission to file the case and (2) payment of the outstanding sanctions.

**SO ORDERED** on this **6th day of November 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

2